UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>MYESHA WALTERS,<br><br>                              Defendant. | Case No.: 15cr3087-8 JM<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY DEFENDANT MYESHA WALTERS' CONDITIONS OF PROBATION** |

Upon joint motion of the parties (Doc. No. 348) and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Myesha Walters' terms of probation be modified as follows:

Ms. Walters is authorized outside employment in excess of 60 hours per week, and can work as many hours as requested by her current employer, HD Supply.

IT IS SO ORDERED.

Dated: April 3, 2018

Jeffrey T. Miller
United States District Judge